IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PF PRISM C.V., PBG PUERTO RICO LLC and PF PRISM IMB B.V.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PRINSTON PHARMACEUTICAL INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

    Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

    Date Patentee Received Notice:  On/Around July 22, 2025

    Date of Expiration of Patent:  December 8, 2025*

    Thirty Month Stay Deadline:  N/A

*Pursuant to 21 U.S.C. 355a, pediatric exclusivity extends through June 8, 2026.

                                        */s/ Megan E. Dellinger*
                                        Attorney(s) for Plaintiff

September 26, 2025